**Order entered July 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00032-CV

### E-SYSTEMS CORPORATION, RONALD FINLAYSON, AND DAVID ZISSKIND, Appellants

### V.

### LIQUID CAPITAL EXCHANGE, INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16142**

## ORDER

Before the Court is appellee's July 19, 2018 unopposed third motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **August 6, 2018**. We caution appellee that further requests for extension will be disfavored.

In the motion, counsel for appellee states that she has been informed that one of the appellants has filed a bankruptcy petition. On the Court's own motion, we **ORDER** appellants to notify this Court in writing, **WITHIN TEN DAYS** of the date of this order, as to the status of any bankruptcy filing by any of the appellants.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE